NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**K-TECH TELECOMMUNCATIONS, INC.,**
*Plaintiff-Appellant,*

v.

**DIRECTV,**
*Defendant-Appellee.*

---

2012-1446

---

Appeal from the United States District Court for the Central District of California in case no. 11-CV-9370, Judge R. Gary Klausner.

---

## ON MOTION

---

## ORDER

Upon consideration of DIRECTV's unopposed motion for an extension of time, until October 15, 2012, to file its response brief,

IT IS ORDERED THAT:

The motion is granted. DIRECTV's response brief is due October 15, 2012.

FOR THE COURT

_____
SEP 1 4 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Darin W. Snyder, Esq.
      Patrick F. Bright, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 4 2012

JAN HORBALY
CLERK